IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DENNIS A. McCLAIN,

    Petitioner,

v.                                      Civil Action No. 3:14CV232

JEFFREY N. DILLMAN,

    Respondent.

**MEMORANDUM OPINION**

    Dennis A. McClain, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on April 14, 2014, the Court directed McClain to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than fifteen (15) days have passed and McClain has not returned the required *in forma pauperis* affidavit.

    McClain has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the action will be dismissed without prejudice.

    The Clerk is directed to send a copy of the Memorandum Opinion to McClain.

                                                  /s/ REP
                                        Robert E. Payne
Date: May 22, 2014           Senior United States District Judge
Richmond, Virginia